**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

JIE LIU TANG,
    Plaintiff,

vs.                                       CASE NO. 8:05-CIV-572-T-17-MAP

UNIVERSITY OF SOUTH FLORIDA,
et al.,
    Defendants.
_____/

**ORDER**

        This cause is before the Court on the plaintiff's motion to stay pending filing of answer in state court action (Docket No. 44) and opposition thereto (Docket No. 45).  The plaintiff was supposed to file a amended complaint on or before October 25, 2005, instead she filed the instant motion.  The plaintiff has now initiated a state court case on age discrimination, which was dismissed from the instant action.  She requests, without citing any legal basis for the same, that this Court stay this action until there is an answer in the state court action.  The defendants object and the Court finds the objections well-taken.  The Court sees no legal basis for granting the motion to stay.  Accordingly, it is

        **ORDERED** that the motion to stay (Docket No. 44) be **denied**  and the plaintiff shall filed the required amended complaint on or before November 7, 2005, or this case will be dismissed for failure to prosecute without further notice.

        **DONE and ORDERED** in Chambers, in Tampa, Florida, this 2nd day of November, 2005.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record